U.S. Department of Justice
United States Attorney

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Division: Atlanta
(USAO: 2013R00046)

**DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION**

FILED IN CHAMBERS
U.S.D.C. Atlanta

DEC 1 5 2015

JAMES N. HATTEN, Clerk
By:
Deputy Clerk

COUNTY NAME:   Fulton

DISTRICT COURT NO.   2 : 1 5 - C R - 0 3 7

MAGISTRATE CASE NO.

X Indictment
DATE: December 15, 2015

Information
DATE:

Magistrate's Complaint
DATE:

UNITED STATES OF AMERICA
vs.
MATILDA PRINCE

SUPERSEDING INDICTMENT
Prior Case Number:
Date Filed:

GREATER OFFENSE CHARGED: **X** Felony   Misdemeanor

**Defendant Information:**

Is the defendant in custody?   Yes   X No
Will the defendant be arrested pending outcome of this proceeding?   X Yes   No
Is the defendant a fugitive?   Yes   X No
Has the defendant been released on bond?   Yes   X No

Will the defendant require an interpreter?   Yes   X No

Magistrate Judge:  Catherine M. Salinas

Attorney:  Bernita B. Malloy
Defense Attorney: