U.S. Department of Justice
United States Attorney

**ORIGINAL**

FILED IN CHAMBERS
U.S.D.C. Atlanta

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

DEC 1 5 2015

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES OF AMERICA

v.

Matilda Prince

**Agent to Arrest**

Indictment/Information

2:15-CR-037

# PRAECIPE

The Clerk is hereby directed to issue a warrant for arrest, certified copy (copies) of indictment attached, returnable instanter, in the above-stated case.

Bernita B. Malloy
Assistant United States Attorney

Filed In Clerk's Office, this _____ day of _____, 20 ____.

_____
Clerk

By _____
Deputy Clerk

Form No. USA-19-8
(Rev. 08/06/87)
N.D.Ga. 08/26/94